**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

                                          CASE NO. 11-13717
vs.                                                 HON. LAWRENCE P. ZATKOFF

JAY KEELER,

       Defendant.
_____/

## **ORDER**

On August 25, 2011, Plaintiff filed its complaint against Defendant. On December 21, 2012, Plaintiff filed a Motion for Summary Judgment. Defendant did not timely file a response to Plaintiff's Motion. On February 28, 2013, the Court Ordered Defendant to show cause as to why he did not respond to Plaintiff's Motion. The Court's February 28, 2013, Order to Show Cause notified Plaintiff that his failure to respond to the Order could result in the Court's entry of judgment against him by default.

As of the date of this Order, Defendant has failed to respond to either Plaintiff's Motion for Summary Judgment or the Court's Order to Show Cause. Thus, the Court finds that Plaintiff is in direct violation of the Court's Order and appears to not oppose Plaintiff's Motion for Summary Judgment. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

Date: August 29, 2013

                                        <u>S/Lawrence P. Zatkoff</u>
                                        LAWRENCE P. ZATKOFF
                                        U.S. DISTRICT JUDGE